```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Claimant
    WILLIAM H. PEARCE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:07-CV-02105 WBS-KJM
                                   )
14              Plaintiff,         )
                                   ) STIPULATION AND ORDER APPOINTING
15       v.                        ) COUNSEL, EXTENDING TIME FOR CLAIM
                                   ) AND ANSWER, AND CONTINUING STATUS
16  REAL PROPERTY LOCATED AT 13    ) (PRETRIAL SCHEDULING) CONFERENCE
    BLIZZARD MINE ROAD,            )
17  WILSEYVILLE, CALIFORNIA,       )
    CALAVERAS COUNTY, APN: 012-011-)
18  004, INCLUDING ALL             ) Judge: Hon. William B. Shubb
    APPURTENANCES AND IMPROVEMENTS )
19  THERETO,                       )
                                   )
20              Defendant.         )
    _____)
21                                 )
    UNITED STATES OF AMERICA,      ) No. 2:07-CV-02114 WBS-KJM
22                                 )
                Plaintiff,         ) STIPULATION AND ORDER APPOINTING
23                                 ) COUNSEL, EXTENDING TIME FOR CLAIM
         v.                        ) AND ANSWER, AND CONTINUING STATUS
24                                 ) (PRETRIAL SCHEDULING) CONFERENCE
    REAL PROPERTY LOCATED AT 24545 )
25  N. SUTTENFIELD ROAD, ACAMPO,   )
    CALIFORNIA, SAN JOAQUIN COUNTY,)
26  APN: 021-042-16,               ) Judge:  Hon. William B. Shubb
                                   )
27              Defendant          )
    _____)
28
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant, William H. Pearce, as follows:

1. On October 5, 2007, plaintiff filed the above-captioned complaints for forfeiture in rem against real properties owned by William H. Pearce. On October 26, 2007, plaintiff personally served Mr. Pearce with both complaints. On November 6, 2007, this Court issued a Related Case Order reassigning Civ. S-07-2114 to the Hon. William B. Shubb and Magistrate Judge Mueller, to whom Civ. S-07-2105 had previously been assigned. An initial status (scheduling) conference in Civ. S-07-2105 is set for December 3, 2007, and a similar conference is set in Civ. S-07-2114 for December 17, 2007.

2. Mr. Pearce recently contacted the Office of the Federal Defender for assistance after learning that he is under criminal investigation by the United States Attorney for the same conduct alleged in the civil complaints. He requested appointment of counsel and, on November 9, 2007, Magistrate Judge Drozd appointed the Office of the Federal Defender to represent him after determining that Mr. Pearce is presently unable to retain counsel.

3. Section 983, subd. (b)(1)(A) of Title 18, United States Code, provides as follows:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. The parties agree that, pursuant to 18 U.S.C. § 983, the Court may authorize the Federal Defender's Office to represent Mr. Pearce in Civ. S-07-2105 and Civ. S-2114.

Stip. & Order re claimant Pearce        -2-

1        5.  In order to allow sufficient time for the Federal Defender's
2   Office to review this matter prior to filing a claim to the property
3   and answering the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, the parties
4   request the following:
5        (a) that the Court extend the time for filing the verified claim
6   and answer to January 14, 2008;
7        (b) that the status conferences scheduled for December 3 and 17,
8   2007, be continued to February 11, 2008, at 2:00 p.m.; and
9        (c) the parties' joint status report be filed by January 28, 2008.

10
11                                      Respectfully submitted,
12                                      DANIEL J. BRODERICK
                                        Federal Defender
13
14  Dated:   November 15, 2007          /s/ T. Zindel
                                        TIMOTHY ZINDEL
15                                      Assistant Federal Defender
16                                      McGREGOR SCOTT
                                        United States Attorney
17
18  Dated:   November 19, 2007          /s/ Kristin S. Door
                                        KRISTIN S. DOOR
19                                      Assistant U.S. Attorney
20
21
22
23                               **O R D E R**

24       The Office of the Federal Defender is authorized to represent Mr.
25  Pearce in the above-captioned actions.  The time for filing the
26  verified claim and answer is extended by agreement of the parties to
27  January 14, 2008.  The status conferences scheduled for December 3 and
28  17, 2007, are continued to February 11, 2008, at 2:00 p.m.  The

Stip. & Order re claimant Pearce         -3-

1 | parties' joint status report shall be filed by January 28, 2008.
2 |     IT IS SO ORDERED.

Dated:   November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order re claimant Pearce        -4-