```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Claimant
    WILLIAM H. PEARCE
 7

 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CV-02105 WBS-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO FILE CLAIM AND ANSWER AND RESCHEDULING STATUS CONFERENCE** |
| REAL PROPERTY LOCATED AT 13 BLIZZARD MINE ROAD, WILSEYVILLE, CALIFORNIA, CALAVERAS COUNTY, APN: 012-011-004, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Judge: Hon. William B. Shubb |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:07-CV-02114 WBS-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO FILE CLAIM AND ANSWER AND RESCHEDULING STATUS CONFERENCE** |
| REAL PROPERTY LOCATED AT 24545 N. SUTTENFIELD ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 021-042-16, | Judge: Hon. William B. Shubb |
| Defendant | |

1     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
2  of America, claimants William H. Pearce and Washington Mutual Bank, and
3  prospective claimant Kristin Burckhard, through their attorneys, as
4  follows:

5     1.  The parties have agreed to the following schedule changes: (a)
6  the time for filing a verified claim and answer is extended to February
7  11, 2008; (b) the status conferences scheduled for February 11 may be
8  continued to **March 10, 2008, at 2:00 p.m.**; and (c) the parties' joint
9  status report shall be filed by February 25, 2008.

10    This stipulation is intended to afford additional time for
11 prospective claimant Kristin Burckhard and claimant Pearce to file their
12 claims and answers (the government previously agreed informally to extend
13 the time).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   January 14, 2008               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Claimant PEARCE

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:   January 14, 2008               /s/ K. Door
                                        KRISTIN S. DOOR
                                        Assistant U.S. Attorney


Dated:   January 14, 2008               /s/ S. Stilman
                                        SCOTT JASON STILMAN
                                        Counsel for WASHINGTON MUTUAL

Dated:   January 14, 2008               /s/ K. Hart
                                        KRISTA HART
                                        Counsel for Claimant K. Burckhard

/////

/////

Stip. & Order                    -2-

1  **O R D E R**

2      The above stipulation and order is hereby adopted.

3      IT IS SO ORDERED.

4

5  Dated:   January 15, 2008

6  _____
7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE