UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 13 BLIZZARD MINE ROAD, WILSEYVILLE, CALIFORNIA, CALAVERAS COUNTY, APN: 012-011-004, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendants.<br>_____/ | CIV. NO. S-07-02105 WBS KJM<br><br><br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 24545 N. SUTTENFIELD ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 021-042-16, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendants.<br>_____/ | CIV. NO. S-07-02114 WBS KJM |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs. | CIV. NO. S-08-00577 MCE EFB |

1  APPROXIMATELY $26,395.00 IN U.S. CURRENCY,

2

3  APPROXIMATELY $10,880.00 IN U.S. CURRENCY,

4  APPROXIMATELY $5,0000 IN U.S. CURRENCY,

5

6  APPROXIMATELY $9,932.73 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, CD, ACCOUNT NUMBER

7  09414284883,

8  APPROXIMATELY $9,966.82 IN U.S. CURRENCY SEIZED FROM WASHINGTON

9  MUTUAL BANK ACCOUNT NUMBER 093400000117054,

10

11  APPROXIMATELY $26,712.81 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK ACCOUNT NUMBER

12  093400000117020,

13  APPROXIMATELY $2,976.06 IN U.S. CURRENCY SEIZED FROM WASHINGTON

14  MUTUAL BANK ACCOUNT NUMBER 009300008192250,

15

16  APPROXIMATELY $413.67 IN U.S. CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 056-4346773, and

17

    MISCELLANEOUS GROW EQUIPMENT,

18

            Defendants.
19  _____/

20

21          Examination of the above-entitled actions reveals that

22  these actions are related within the meaning of Local Rule

23  123(a) (E.D. Cal. 1984).  All of the parties to <u>United States of

24  America v. Real Property at 13 Blizzard Mine Road, et al.</u>, Civ.

25  No. S-07-02105 WBS KJM, and <u>United States of America v. Real

26  Property Located at 24545 N. Suttenfield Road, etc., et al</u>.,

27  Civ. No. S-07-02114, are also parties in <u>United States of

28  America v. Approximately $26,395.0 in U.S. Currency, et al.</u>,

Civ. No. 08-00577 MCE EFB, and all cases arise from the same law enforcement investigation, and thus involve substantially the same parties, events and transactions.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>United States of America v. Real Property at 13 Blizzard Mine Road, et al.</u>, Civ. No. S-07-02105 WBS KJM, <u>United States of America v. Real Property Located at 24545 N. Suttenfield Road, etc., et al.</u>, Civ. No. S-07-02114, and <u>United States of America v. Approximately $26,395.0 in U.S. Currency, et al.</u>, Civ. No. 08-00577 MCE EFB, should be, and the same hereby are, deemed related and the case denominated <u>United States of America v. Approximately $26,395.0 in U.S. Currency, et al.</u>, Civ. No. 08-00577 MCE EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Kimberly J. Mueller for all further proceedings. Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>United States of America v. Approximately $26,395.00 in U.S. Currency, etc., et al.</u>, Civ. No. 08-00577 WBS KJM.

1          IT IS FURTHER ORDERED  that the Clerk of the Court
2   make the appropriate adjustment in the assignment of civil cases
3   to compensate for this reassignment.    The Clerk is directed to
4   issue a scheduling order to all parties.
5   DATED:   March 20, 2008

            _____
            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

4