IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>REAL PROPERTY LOCATED AT 24545 N. SUTTENFIELD ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 021-042-16, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | CASE NO.: 07 CV 02114-WBS-KJM<br><br>ORDER RE: APPLICATION OF WASHINGTON MUTUAL BANK TO APPEAR BY TELEPHONE AT STATUS CONFERENCE<br><br>Date: September 8, 2008<br>Time: 2:00 p.m.<br>Dept: 5<br><br>Action Filed: October 5, 2007 |

Having read the Application of Washington Mutual Bank, and good cause appearing, IT IS HEREBY ORDERED that counsel for Defendant Washington Mutual Bank may appear telephonically at the Status Conference scheduled for September 8, 2008.

Dated:  August 26, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE: APPLICATION TO APPEAR BY TELEPHONE