BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cv-02114 WBS/KJM |
| Plaintiff, | STIPULATION TO EXTEND STAY AND ORDER THEREON |
| v. | |
| REAL PROPERTY LOCATED AT 24545 N. SUTTENFIELD ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 021-042-16, | DATE: September 20, 2010
TIME: 2:00 p.m.
COURTROOM: 5 |
| Defendant. | |

Plaintiff United States of America, and Claimants William Pearce, Kristin Burckard, and JP Morgan Chase Bank, N.A.,[1] by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled actions, and request that the Court enter an order staying all further proceedings for an additional three months.

This case has been stayed since 2008 pursuant 18 U.S.C. §§ 981(g)(1) and 981(g)(2) due to an investigation involving claimant Pearce. To date no charges have been filed, and during the stay the fair market value of the defendant real property has declined such that there is little equity to forfeit. Accordingly, the parties intend to discuss possible settlements of this case which may involve a dismissal

---

[1] JP Morgan Chase Bank, N.A., acquired certain assets and liabilities of claimant Washington Mutual Bank from the FDIC acting as a receiver.

of this action.

For this reason, the parties request that the status conference currently scheduled for September 20, 2010, be vacated and rescheduled to sometime in December 2010.

Dated: September 7, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                          By      /s/ Kristin S. Door
         KRISTIN S. DOOR
                                  Assistant U.S. Attorney
                                  Attorneys for Plaintiff
                                  United States of America

Dated: September 7, 2010          DANIEL J. BRODERICK
                                  Federal Defender


                          By      /s/ Timothy Zindel
                                  (As authorized on 09/07/10)
         TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for claimant
                                  William Pearce


Dated: September 7, 2010          /s/ Krista Hart
                                  (As authorized on 09/07/10)
                                  KRISTA HART
                                  Attorney for claimant
                                  Kristin Burckard



Dated: September 7, 2010          /s/ Scott J. Stillman
                                  (As authorized on 09/07/10)
                                  SCOTT J. STILMAN
                                  Attorney for claimant
                                  JP Morgan Chase Bank, N.A.,
                                  an acquirer of certain assets and
                                  liabilities of Washington Mutual
                                  Bank from the FDIC acting
                                  as receiver

O R D E R

    For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of three months. The status conference scheduled for September 20, 2010 is vacated and is rescheduled to December 13, 2010 at 2:00 p.m.. The parties will file a joint status report by December 6, 2010 advising the court whether a further stay is necessary or addressing the matters in the March 14, 2008, Order Requiring Joint Status Report.

    IT IS SO ORDERED.

Dated:   September 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE