BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cv-02114 WBS/KJM |
| Plaintiff, | STIPULATION FOR EXTENSION OF STAY AND ORDER [~~PROPOSED~~] |
| v. | |
| REAL PROPERTY LOCATED AT 24545 N. SUTTENFIELD ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 021-042-16, | DATE: December 13, 2010<br>TIME: 2:00 p.m.<br>COURTROOM: 5 |
| Defendant. | |

Plaintiff United States of America, and Claimants William Pearce, Kristin Burckard, and JP Morgan Chase Bank, N.A.,[1] ("Chase") by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled actions, and request that the Court enter an order staying all further proceedings for an additional 30 days.

---

[1] JP Morgan Chase Bank, N.A., acquired certain assets and liabilities of claimant Washington Mutual Bank from the FDIC acting as a receiver.

1   STIPULATION FOR EXTENSION OF STAY AND ORDER
        [PROPOSED]

1    This case has been stayed since 2008 pursuant 18 U.S.C. §§
2 981(g)(1) and 981(g)(2) due to an investigation involving claimant
3 Pearce.  To date no charges have been filed, and during the stay the
4 fair market value of the defendant real property has declined such that
5 there is little equity to forfeit.  Accordingly, the parties intend to
6 discuss possible settlements of this case which may involve a dismissal
7 of this action.

8    Plaintiff has asked claimant Chase to provide plaintiff with a
9 current appraisal and loan balance so plaintiff can calculate the
10 equity remaining in the property.  That information has not yet been
11 provided.  Counsel for Chase represents that Chase should be able to
12 provide the information within the next 30 days so the plaintiff can
13 make an informed decision about whether to continue with this
14 litigation or to dismiss.

15    For this reason, the parties request that the status conference
16 currently scheduled for December 13, 2010, be vacated and rescheduled
17 to sometime in late January 2011.

18

19 Dated: December 6, 2010         BENJAMIN B. WAGNER
                                   United States Attorney
20
                            By    /s/ Kristin S. Door
21                                 KRISTIN S. DOOR
                                   Assistant U.S. Attorney
22                                 Attorneys for Plaintiff
                                   United States of America
23 //
24 //
25
26
27
28

```
Dated: December 6, 2010        DANIEL J. BRODERICK
                               Federal Defender


                          By   /s/ Timothy Zindel
                               (As authorized on 12/06/10)
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for claimant
                               William Pearce


Dated: December 6, 2010        /s/ Krista Hart
                               (As authorized on 12/06/10)
                               KRISTA HART
                               Attorney for claimant
                               Kristin Burckard


Dated: December 6, 2010        /s/ Scott J. Stillman
                               (As authorized on 12/06/10)
                               SCOTT J. STILMAN
                               Attorney for claimant
                               JP Morgan Chase Bank, N.A.,
                               an acquirer of certain assets and
                               liabilities of Washington Mutual
                               Bank from the FDIC acting
                               as receiver
```

O R D E R

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a approximately 30 days. The status conference scheduled for December 13, 2010 is vacated and is rescheduled to **February 7, 2011 at 2:00 p.m.** The parties will file a joint status report by **January 24, 2011** advising the court whether a further stay is necessary or addressing the matters in the March 14, 2008, Order Requiring Joint Status Report.

IT IS SO ORDERED.

Dated:  December 6, 2010

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE