BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT<br>24545 N. SUTTENFIELD ROAD,<br>ACAMPO, CALIFORNIA,<br>SAN JOAQUIN COUNTY,<br>APN: 021-042-16, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO,<br><br>            Defendant. | Case No. 2:07-CV-02114 WBS-EFB (TEMP)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND [proposed] ORDER; CERTIFICATE OF REASONABLE CAUSE |

Plaintiff United States of America and Claimants William H. Pearce, Kristin Burckard, and JP Morgan Chase Bank, N.A. ("Chase"), by and through their respective undersigned counsel, hereby agree and STIPULATE as follows:

   1.   The above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

   2.   Within thirty (30) days of the Court signing this stipulation and order, the United States shall record a withdrawal of lis pendens against the defendant real property.

   3.   The parties are to bear their own costs and attorney's fees.

////

1     4.      There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

      5.      All parties agree that this stipulation may be signed in counterpart.

      IT IS SO STIPULATED.

DATED:  April 6, 2011             BENJAMIN B. WAGNER
                                  United States Attorney


                                      */s/ Bobbie J. Montoya*
                            By:   _____
                                  BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney

                                  Attorneys for Plaintiff United States of America

DATED:  March 30, 2011            DANIEL J. BRODERICK
                                  Federal Defender


                                      */s/ Timothy Zindel* [original signature retained by attorney]
                            By:   _____
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender

                                  Attorneys for Claimant William H. Pearce


                                      */s/ Krista Hart* (as authorized on 3/6/11)
DATED:  April 6, 2011             _____
                                  KRISTA HART
                                  Attorney at Law

                                  Attorney for Claimant Kristin Burckard


                                      */s/ Scott J. Stillman* [original signature retained by attorney]
DATED:  April 4, 2011             _____
                                  SCOTT J. STILMAN
                                  Attorney at Law

                                  Attorneys for Claimant JP Morgan Chase
                                  Bank, N.A., an acquirer of certain assets
                                  and liabilities of Washington Mutual Bank
                                  from the FDIC acting as receiver

////

Case 2:07-cv-02114-WBS-EFB   Document 51   Filed 04/11/11   Page 3 of 3

IT IS SO ORDERED.

DATED: April 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed October 5, 2007, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED: April 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal with Prejudice and [Proposed] Order; Certificate of Reasonable Cause    3